UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | |
|---|---|
| **CONVERGENT ASSETS LLC,**<br><br>*Plaintiff*,<br><br>v.<br><br>**SNAP INC.,**<br><br>*Defendant*. | **Civil Action No. 6:23-cv-00181-AM**<br><br>**JURY TRIAL DEMANDED** |

### DEFENDANT'S NOTICE OF CONFLICT AND UNOPPOSED MOTION FOR CERTAIN COUNSEL OF RECORD TO BE EXCUSED

On December 6, 2023, the Court granted the parties' Joint Motion for Hearing and ordered that "all counsel of record appearing on the docket," among other necessary or interested persons, "shall appear in-person for the hearing" scheduled for January 11, 2024. Dkt. No. 33. Defendant Snap Inc. ("Snap") respectfully notifies the Court that two of its four attorneys of record—Joshua R. Thane and Kelly Hunsaker—have a conflict with the hearing on January 11, 2024, set by the Court in this matter [Dkt. No. 33.], and respectfully request they be excused from attending the hearing. Counsel for Snap has conferred with counsel for Plaintiff Convergent Assets LLC ("Convergent") and Convergent does not oppose this motion.

Specifically, Mr. Thane is currently set to attend the Final Pretrial Conference before the Honorable Roy S. Payne, in the United States District Court for the Eastern District of Texas, Marshall Division, on January 12, 2024, at 9:00 AM, in the matter of *Netlist, Inc. v. Micron Technology, Inc., et al*, Case No. 2:22-cv-00203-JRG-RSP. Mr. Thane is local counsel for Micron. In addition, Ms. Hunsaker is currently set to take a deposition on January 11, 2024, in the matter of *Fortinet, Inc. v. Forescout Technologies, Inc.*, No. 3:20-cv-03343-EMC (N.D. Cal.).

Snap's other two counsel of record—Mrs. Jennifer Doan and Mr. Eimeric Reig-Plessis—will attend the hearing set in the matter and are fully capable of presenting argument and responding to any inquiries from the Court regarding this matter. Thus, Snap respectfully requests that the Court excuse Ms. Hunsaker and Mr. Thane from attendance.

Respectfully submitted,

/s/ *Jennifer H. Doan*
Jennifer H. Doan
Texas Bar No. 08809050
Joshua R. Thane
Texas Bar No. 24060713
HALTOM & DOAN
6500 Summerhill Road, Suite 100
Texarkana, TX 75503
Telephone: (903) 255-1000
Facsimile: (903) 255-0800
Email: jdoan@haltomdoan.com
Email: jthane@haltomdoan.com

Kelly C. Hunsaker
Eimeric Reig-Plessis
Winston & Strawn LLP
255 Shoreline Drive, Suite 520
Redwood City, CA 94065
Telephone: (650) 858-6500
Facsimile: (650) 858-6550
Email: khunsaker@winston.com
Email: ereigplessis@winston.com

**ATTORNEYS FOR DEFENDANT SNAP INC.**

## CERTIFICATE OF SERVICE

The undersigned certifies that a true and correct copy of the above and foregoing document has been served via the Court's ECF system on January 5, 2024.

/s/ *Jennifer H. Doan*
Jennifer H. Doan